COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sarah Doe, (a pseudonym) Individually, and as Next Friend of A.R., a minor, <br><br> Plaintiff <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | No. 04 cv 30116-KPN |

**MOTION TO AMEND COMPLAINT**

Now comes the plaintiff in the above-entitled matter and hereby requests leave to amend her complaint, pursuant to Fed. R. Civ. P. 15(a). As grounds for this motion the plaintiff states that

(1) the additional counts in the complaint are based on the same facts and circumstances in the original complaint;

(2) the additional counts in the amended complaint only state alternative theories for recovery;

(3) the amended complaint will not prejudice the defendant since no new factual allegations are pled; and

(4) The additional counts in the Complaint are not futile, made in bad faith or a product of undue delay or dilatory motive. See Foman v. Davis, 371 U.S. 178, 182 (1962); Hatch v. Dep't for Children, Youth and Their Families, 274 F.3d 12, 19(1st Cir. 2001).

The additional counts of recovery were not necessary when the original complaint was filed in state court since the applicability of G.L. c. 111, §70F was not in issue. Now that the government has challenged the applicability of G.L. c. 111, §70F, the new counts are necessary to the plaintiff's recovery.

                                          Respectfully submitted,
                                          The plaintiff,
                                          By her attorney,

Dated:   March 7, 2006      /s/Thomas Lesser
                                          Thomas Lesser, BBO No. 295000
                                          Lesser, Newman, Souweine & Nasser
                                          39 Main Street
                                          Northampton, MA 01060
                                          413-584-7331

## CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on this seventh day of March, 2006, this document has been served upon the defendant's counsel of record: Thomas J. O'Connor, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103 by regular mail, postage prepaid.

                                          /s/ Thomas Lesser
                                            Thomas Lesser