```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
```

SARAH DOE, Individually,      )
and as Next Friend of A.R.,   )
a minor,                      )
          Plaintiff           )
                              )
     v.                       )  C.A. NO. 04-30116-MAP
                              )
UNITED STATES OF AMERICA,     )
          Defendant           )

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>
<u>AND PLAINTIFF'S MOTION TO AMEND COMPLAINT</u>
(Docket Nos. 24 & 29)

April 6, 2006

**PONSOR, D.J.**

Counsel for both parties appeared for argument on two pending motions on April 5, 2006.

Based on the argument, the court hereby DENIES Defendant's Motion for Summary Judgment (Docket No. 24), except as to any claim for double or treble damages. No multiple damages will be awarded in this case, based on the provisions of the Federal Tort Claims Act prohibiting punitive damages.

Plaintiff's Motion to Amend (Docket No. 29) is hereby ALLOWED. The defendant will be given until June 5, 2006 to complete any discovery necessitated by this ruling.

Counsel will appear for a final pretrial conference on June 20, 2006 at 2:00 p.m. At least five (5) days prior to

the conference, counsel will file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

    It is So Ordered.

                                      <u>/s/ Michael A. Ponsor</u>
                                      MICHAEL A. PONSOR
                                      U. S. District Judge