# UNITED STATES DISTRICT COURT

DISTRICT OF          MASSACHUSETTS

SARAH DOE (a pseudonym), Individually,

and as Next Friend of A.R., a minor, Plaintiff                          **APPEARANCE**

v.

UNITED STATES OF AMERICA, Defendant                    Case Number:   04cv30116-KPN

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for          United States of America.

I certify that I am admitted to practice in this court.

_5/1/06_
Date

_[signature]_
Signature

KAREN L. GOODWIN          549398
Print Name                Bar Number

U.S. ATTORNEY'S OFFICE, 1550 MAIN ST., #310
Address

SPRINGFIELD        MA        01103
City               State     Zip Code

413-785-0235       413-785-0394
Phone Number                 Fax Number