COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                )
Sarah Doe, (a pseudonym)        )
Individually, and as            )
Next Friend of A.R.,a minor,    )
                                )
              Plaintiff         )    No. 04 cv 30116-KPN
                                )
v.                              )
                                )
UNITED STATES OF AMERICA,       )
                                )
              Defendant         )
_____)
```

**SECOND MOTION TO AMEND COMPLAINT**

Now comes the plaintiff in the above-entitled matter and hereby requests leave to amend her complaint, pursuant to Fed. R. Civ. P. 15(a).  As grounds for this motion, the plaintiff states that:

(1)  The addition of the statement regarding the Court's jurisdiction under the Federal Tort Claims Act is based on the same facts and circumstances in the original complaint.

(2)  The amended complaint will not prejudice the defendant since no new factual allegations are pled.

(3)  The amendment to the complaint has not been made in bad faith or a product of undue delay or dilatory motive. See Foman v. Davis, 371 U.S. 178, 182 (1962); Hatch v. Dep't for Children, Youth and Their Families, 274 F.3d 12, 19(1st Cir. 2001).

Respectfully submitted,
The plaintiff,
By her attorney,


Dated:  May 8, 2006        /s/Thomas Lesser_____
                           Thomas Lesser, BBO No. 295000
                           Lesser, Newman, Souweine & Nasser
                           39 Main Street
                           Northampton, MA 01060
                           413-584-7331


CERTIFICATE OF SERVICE

     I, Thomas Lesser, hereby certify that on this eighth day of May, 2006, this document has been served upon the defendant's counsel of record:  Thomas J. O'Connor, Esq. and Karen Goodwin, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103 by electronic filing.


                           /s/ Thomas Lesser _____

                           Thomas Lesser


2