```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually        )
and as Next Friend of A.R.,    )
                               )
            Plaintiff,         )
                               )
     v.                        )    No.  04cv30116-MAP
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )
```

## MOTION TO EXTEND TIME
### (Assented to)

The defendant moves to extend by two weeks the deadline for filing its motion and memorandum regarding attorneys fees, thereby extending the deadline to October 16, 2006, and for a corresponding two-week extension of time for the plaintiff to file her response. The defendant reports that the parties are amenable to mediation but believe that mediation will be more productive after a ruling on motion.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she conferred with the plaintiff's counsel and he assents to this motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney
                                        /s/Karen L. Goodwin
                By: _____
                                        Karen L. Goodwin
                                        Assistant U.S. Attorney
                                        U. S. Attorney's Office
                                        1550 Main Street
                                        Springfield, MA 01103

## Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            /s/Karen L. Goodwin
                                            Karen Goodwin