```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually       )
and as Next Friend of A.R.,   )
                              )
            Plaintiff,        )
                              )
     v.                       )   No.  04cv30116-MAP
                              )
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )
```

## MOTION TO EXTEND TIME

The defendant moves for an additional two-week extension to file its motion regarding attorneys fees, and for a corresponding extension for the plaintiff to file her response for the reason that the government has not had sufficient time to prepare the motion due to responsibilities in other cases, including an evidentiary sentencing hearing scheduled for October 16-20, 2006, in Boston.  In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she was unable to reach the plaintiff's counsel to discuss this motion.

WHEREFORE, the defendant respectfully requests that the deadline for filing its motion be extended to October 31, 2006.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                              /s/Karen L. Goodwin
                     By:     _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              1550 Main Street
                              Springfield,  MA 01103
```

<u>Certificate of Service</u>

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  /s/Karen L. Goodwin
                                                  Karen Goodwin

10/11/06