UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DOE, Individually,<br>and as Next Friend of A.R.,<br>a minor,<br><br>     Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant | No. 04 cv 30116-KPN |

<u>PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE HER
REPSONSE TO DEFENDANT'S MOTION REGARDING ATTORNEY'S FEES</u>

  Now comes the plaintiff, with the assent of the defendant, and moves this Court to extend the deadline by which she must file her Response to the defendant's Motion Regarding Recovery of Attorney's Fees to December 5, 2006. As grounds wherefore, the plaintiff avers that she requires additional time to research and analyze the issues raised in the defendant's Motion and supporting Memorandum.

                 Respectfully submitted,
                 The plaintiff,
                 By her attorney,

Dated: November 14, 2006       /s/ Thomas Lesser
                 Thomas Lesser, BBO No. 295000
                 Lesser, Newman, Souweine & Nasser
                 39 Main Street
                 Northampton, MA 01060
                 413-584-7331

|  |  |
|---|---|
|  | Assented to, <br> Michael J. Sullivan, <br> United States Attorney |
| Dated: November 14, 2006 | By: /s/ Karen L. Goodwin <br> Karen L. Goodwin <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1550 Main Street <br> Springfield, MA 01103 |

CERTIFICATE OF SERVICE

I, Thomas Lesser, hereby certify that on 14th day of November, 2006, the foregoing document was filed electronically and will be served electronically on the defendant's counsel of record: registered ECF participant Karen L. Goodwin, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103.

/s/ Thomas Lesser
Thomas Lesser