UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
SARAH DOE, Individually,     )
and as Next Friend of A.R.,  )
a minor,                     )
            Plaintiff        )
                             )
            v.               ) C.A. NO. 04-30116-MAP
                             )
UNITED STATES OF AMERICA,    )
            Defendant        )
```

ORDER RE: RECOVERY OF ATTORNEY'S FEES

December 13, 2006

PONSOR, D.J.

On October 24, 2006, Defendant filed its memorandum, taking the position that no entitlement to attorney's fees should be recognized in this case.  Plaintiff sought an extension of time to file a response to this memorandum; the court approved the requested extension to December 5, 2006. Nevertheless, no response has been filed.

Based on the foregoing, the court will assume that Plaintiff now concedes that no entitlement to an award of attorney's fees exists in this case.

At the Final Pretrial Conference on September 6, 2006, counsel indicated possible consideration of referral to mediation.  Counsel are ordered to confer, and counsel for Defendant will file with this court a written status report no later than January 8, 2007, indicating the parties'

position with regard to mediation and a proposed date for trial.  Trial or resolution of this very old case will be a priority for the court.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge