```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually       )
and as Next Friend of A.R.,   )
                              )
           Plaintiff,         )
                              )
    v.                        )   No.  04cv30116-MAP
                              )
UNITED STATES OF AMERICA,     )
                              )
           Defendant.         )
```

**STATUS REPORT**

The defendant files the following status report pursuant to the court's order.  The parties have conferred by voice mail messages and have agreed to schedule mediation.  Although the parties have not discussed schedules, the defendant believes that the mediation can be accomplished within 60 days.  The parties will notify the court if they cannot meet that deadline.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/Karen L. Goodwin
                    By:       _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              1550 Main Street
Dated: 1/8/07                 Springfield,  MA 01103
```

Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants.

/s/Karen L. Goodwin

Karen Goodwin