```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually       )
and as Next Friend of A.R.,   )
                              )
         Plaintiff,           )
                              )
   v.                         )     No.  04cv30116-MAP
                              )
UNITED STATES OF AMERICA,     )
                              )
         Defendant.           )
```

STATUS REPORT AND PROPOSED SCHEDULE

The parties file the following status report and schedule:

1.   The parties participated in mediation on March 2, 2007. It does not appear that the case can be resolved before trial.

2.   All fact discovery has been completed. The court has not set a schedule for expert discovery. The parties propose the following schedule for expert disclosure:

- May 4, 2007:      Plaintiffs to disclose experts

- June 4, 2007:     Defendant to disclose experts

- July 31, 2007:    Complete any expert depositions

3.   The case will be ready for trial as of July 31, 2007.

Respectfully submitted,

The plaintiffs                    The defendant

By:
    /s/Thomas Lesser/KLG          /s/Karen L. Goodwin
    Thomas Lesser                 Karen L. Goodwin
    Lesser, Newman, Souweine      Assistant U.S. Attorney
        & Nasser                  1550 Main Street
    39 Main Street                Springfield, MA 01103
    Northampton, MA 01060

Dated: March 20, 2007