```
             UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually        )
and as Next Friend of A.R.,    )
                               )
            Plaintiff,         )
                               )
      v.                       )    No.  04cv30116-MAP
                               )
UNITED STATES OF AMERICA,      )
                               )
            Defendant.         )
```

## MOTION FOR RULE 35 EXAMINATION
## AND FOR RELATED EXTENSION OF TIME

The defendant, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves for an order permitting it to conduct a Rule 35 examination and for a related extension of time for disclosure of its expert witnesses.

In accordance with Local Rule 7.1, the undersigned certifies that she conferred with the plaintiff's counsel concerning this motion but could not reach agreement.

WHEREFORE, the defendants respectfully request that this motion be granted.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         /s/Karen L. Goodwin
                    By:  _____
                         Karen L. Goodwin
                         Assistant U.S. Attorney
                         U. S. Attorney's Office
                         1550 Main Street
                         Springfield,  MA 01103
Dated: 5/15/07           413-785-0235
```

## Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                            /s/Karen L. Goodwin
                                            Karen Goodwin

5/15/07