# LEWIS BREITNER Ph.D.
## LICENSED PSYCHOLOGIST

9 Center Court  
Northampton, MA 01060

Phone: (413) 562 - 9199

509 Southwick Road  
Westfield, MA 01085

## LICENSES & CERTIFICATIONS

| | | |
|---|---|---|
| MA Licensed Alcohol and Drug Counselor (LADC I) | # 559 | 08/29/03 - present |
| MA Psychologist License | # 2143 | 11/28/78 - present |
| CT Psychologist License | # 1015 | 01/28/83 – 12/31/01 |
| MA Marriage & Family Therapist License | # 245 | 02/07/92 - present |
| Certified Doctoral Addictions Counselor/National Board of Addictions Examiners | # 5476 | 12/02/96 - present |

## DIPLOMATE

| | | |
|---|---|---|
| American Board of Psychological Specialties<br>    Substance Abuse Psychology<br>    Family/Marital/Domestic Relations | # 18161 | 02/1999 |
| American Psychotherapy Association | # 6631 | 12/20/01 |

## EDUCATION

| | |
|---|---|
| Ph.D. in Clinical Psychology<br>University of Massachusetts, Amherst | 09/1977 |
| M.S. in Psychology, specializing in Personality Theory<br>University of Massachusetts, Amherst | 05/1973 |
| B.A. in Psychology<br>City College of New York | 06/1969 |

## CURRENT ACTIVITIES

Since 1981     **Private Practice of Psychotherapy** – Northampton, MA  
Specialties include adolescence, family therapy, chemical dependency diagnosis and treatment, child therapy.

Since 1985     **Private Practice of Psychotherapy** – Westfield, MA  
Informally affiliated with Pediatric Associates of Hampden County. Specialties include adolescence, family therapy, chemical dependency diagnosis and treatment, child therapy.

Since 1999     **Training Psychologist** - Carson Center for Human Services, Westfield, MA  
Supervise doctoral - level clinical psychology interns and staff in an adult outpatient community mental health center. Consult to staff re substance abuse issues and teach clinical seminars in substance abuse, couple and family therapy and integrated therapy. Provide direct service.

Since 2000     **Psychologist Affiliate** - Lawyers Concerned for Lawyers (LCL), Boston, MA  
Provide assessment, referral and brief treatment for this private, non - profit lawyer assistance program for legal professionals in Massachusetts.

## OTHER ACTIVITIES

Dr. Breitner does evaluations for several employee assistance programs (EAP) and is a provider for most managed care insurance companies who do business in Massachusetts. He offers workshops to various groups on topics including adolescence, alcohol and drug issues, family life, child behavior management, etc. He served for two years as a member, Human Rights Committee EWT, Inc. and as a member, Search Committee to hire Special Education Director, Hampshire Regional School District in 1996.

# LEWIS BREITNER, Ph.D

## MEMBERSHIPS AND AWARDS

| | | | |
|---|---|---|---|
| Member | American College of Forensic Examiners | # 18161 | 02/1999 |
| | Mass. Psychological Association | | 05/1983 |
| | American Psychotherapy Association | # 6631 | 12/2001 |
| Clinical Member | American Association of Marital and Family Therapy | | 11/1982 |
| Letter of Commendation | Psychology Department, University of Massachusetts, Amherst | | 1972 |
| New York State Regents Scholarship | | | 1964-1968 |

## CLINICAL, ADMINISTRATIVE, SUPERVISORY, CONSULTATION EXPERIENCE

2000-2001 **Consulting Psychologist** - Aditus, Inc., Chicopee, MA
Staff consultation and direct service in school to work transition program for at-risk adolescents ages aged 17-22.

1987-1989 **Consulting Psychologist**, Easthampton Public Schools, Easthampton, MA
Provided student evaluations, staff and program consultation, in-service training for the entire system.

09/85-06/86 **Consulting Psychologist**, EWT Adventure Education Program, Springfield, MA
Oversaw activities program for secondary students with behavioral and emotional problems.

03/83-07/84 **Consulting Psychologist**, EWT School, Springfield, MA
Provided consultation to staff of school/day-treatment program for emotionally disturbed adolescents.

07/83-10/85 **Clinical Director** (07/1983-12/1984) and **Administrative Director** (01/1985-10/1985) Bay Colony Health Services/Mediplex, Ludlow, MA
Oversaw all aspects of regional office of a private corporation specializing in the treatment of chemical dependencies. Included direct service, staff supervision, program development, and coordination with other Mediplex facilities.

01/1983- **Consulting Psychologist**, North Central CT Mental Health Systems, Inc. Enfield, CT
07/1983 Provided staff supervision, consultation and training, as well as direct service in a community mental health clinic and adult day treatment program.

01/1982- **Consulting Psychologist**, Hadley Public Schools, Hadley, MA
12/1986 Provided clinical evaluations, psychotherapy, staff consultation for elementary and secondary school populations

07/1981- **Consulting Psychologist**, Mt. Tom Institute, Holyoke, MA
06/1882 Staff development and case consultation for Network Therapy Project.

7/78 -12/82 **Clinical Director**, EWT, Inc., Springfield, MA
Responsible for the development and implementation of all clinical services of private, non-profit agency serving primarily an adolescent population. Included Ch. 766 approved school, DMH contracted day-treatment program, two DMH contracted residential programs, and a variety of other programs. Administrative duties included writing grant proposals and contracts, creating personnel policies and procedures, hiring staff, program design. Supervisory responsibility for day and residential staff and consultants, clinical responsibilities included coordination of intake team, individual, group, family therapy, crisis intervention, case coordination, staff training.

01/1977- **Consulting Psychologist** and **Director of Family Therapy Training**, Holyoke Hospital
11/1987 Adolescent Clinic, Holyoke, MA
Staff consultation, led live supervision team, directed advanced training program in family therapy for mental health professionals and graduate students, in affiliation with

Page 2 of 5

## LEWIS BREITNER, Ph.D

|  |  |
|---|---|
| | the Psychology Dept., American International College, Springfield, MA |
| 11/1977-<br>06/1978 | **Staff Psychologist**, Holyoke/Chicopee Area Mental Health Center, Holyoke, MA<br>Individual, marital, family therapy, psychological evaluations, consultation to Chicopee Public Schools, Coordinator, Companion Therapy Program, Leader, Family Therapy Seminar |
| 10/1976 -<br>06/1977 | **Family Intervention Consultant**, Project CORE, Northampton, MA<br>Consultant to Greenfield J.H.S. and alternative school re students, staff and program development. |
| 09/1975 -<br>06/1976 | **School Psychologist**, Amherst Public Schools (1/2-time), Amherst, MA<br>Psychological evaluations and Ch. 766-related services at secondary level, organized and led student support groups and trained school personnel in group counseling, provided individual and short-term family therapy |
| 09/1974-<br>08/1975 | **Clinical Associate**, Psychological Services Center, University of Massachusetts, Amherst, MA<br>Supervised graduate clinical psychology and social work students in individual, marital and family therapy, developed and led child-management training groups for parents of students in Ch. 766 self-contained class at Ft. River Elementary School in Amherst, MA, trained graduate students in home-intervention techniques, and assisted in the administration of the PSC. |
| 09/1973 –<br>08/1974 | **Clinical Psychology Internship**, Mendota Mental Health Institute, Madison, WI<br>Home and Community Treatment Project, behaviorally-based family therapy in the home and school, play therapy, diagnostic evaluation of children, parents' groups, train community professionals in home-intervention techniques, marital and family therapy in the private practice of Gus Napier, Ph.D. Inpatient adolescent unit, individual, group and family therapy with hospitalized adolescents, program development, lectured on communications theory in family therapy at University of Wisconsin School of Social Work, and on juvenile delinquency in local high schools. |
| 09/1972 -<br>06/1973 | **Clinical Practicum**, Holyoke/Chicopee Area Mental Health Center, Holyoke, MA<br>Individual, marital, family therapy, psychological evaluations, and play therapy. |
| 01/1971-<br>08/1972 | **Clinical Assistant**, Psychological Services Center, University of Massachusetts, Amherst, MA<br>Individual, marital and family therapy, psychological evaluations, schools and agency consultation. |
| 01/1970-<br>06/1971 | **Houseparent**, Northampton School for Girls, Northampton, MA<br>Responsible for dormitory, included administrative work, informal individual and family counseling. |

### TEACHING EXPERIENCE

|  |  |
|---|---|
| 1986 - 2000 | **Adjunct Professor**, American International College, Springfield, MA<br>Taught family therapy, and intervention techniques for school psychologists to graduate students in Psychology, Education & School Psychology. |
| 09/1982-<br>06/1983 | **Adjunct Faculty**, Antioch New England Graduate School, Keane, NH<br>Taught Family I and II to second year M.A. students in clinical psychology. |
| 09/1981-<br>06/1982 | **Adjunct Faculty**, Institute of Open Education, Cambridge College, Northampton, MA<br>Taught Introduction to Family Therapy in master's degree program. |
| 09/1976-<br>07/1977 | **Adjunct Faculty**, Antioch N.E. Graduate School, Keene, NH<br>Taught Individual Psychotherapy to master's degree students, supervised doctoral students in clinical internships and taught Counseling Styles course. |
| 09/1975 -<br>06/1976 | **Teaching Assistant**, Division of Continuing Ed., University of Massachusetts, Amherst, MA<br>Taught Introduction to Clinical Psychology. |

## LEWIS BREITNER, Ph.D

| | |
|---|---|
| 09/1972-<br>06/1973 | **Teaching Associate**, Psychology Department, University of Massachusetts, Amherst, MA<br>Taught undergraduate course in Community Mental Health, included a seminar on Conceptions of Deviance and Normality and Interactional Approaches to Behavior and Mental Illness. Students were companion/counselors to hospitalized mental patients for the year. See Golann, S. *The Bethlehem Diaries, student/mental patient encounters*, Harper & Row, New York 1974 |
| 09/1970-<br>06/1972 | **Teaching Assistant**, Psychology Dept., University of Massachusetts, Amherst, MA |

## PRESENTATIONS AND PUBLICATIONS

*An Introduction to Substance Use Assessment and Treatment,* Presented to UMass Clinical Psychology Department (11/15/2005)

*Assessment of Substance Use,* two 2-hour workshops presented to clinicians and staff at Carson Center for Human Services, Westfield, MA CEUs granted through the Carson Center (03/20/03 and 04/03/03)

*Assessment of Substance Abuse,* presented at Conference for Guardian Ad Litem Practice in Family Court, Northampton, MA, sponsored by Center for Advanced Legal Studies, Suffolk University Law School (10/08/2002)

*Issues in Working with Children in Foster Care,* In-service workshop presented to Chicopee Public Schools, Chicopee, MA (01/19/1999)

*Working with the Behavior Problem Student in the Regular Classroom Grades 7 – 12,* In-service workshop presented to Longmeadow Public Schools, Longmeadow, MA (02/29/96)

*The Invisible Issue: Assessment and Treatment of Alcohol-Related Problems,* Presented at Psychological Services Center of the University of Massachusetts at Amherst to clinical psychology faculty and graduate students (03/07/89)

Three workshops for the West Springfield Public Schools: *Communicating with Teenagers,* for faculty; *Communicating with Teenagers* for parents' group; *Alcohol and Drug Issues in Adolescence,* for Junior High School staff and parents, West Springfield, MA (Spring 1988).

Workshop for Valley Programs on Chemical Abuse and Dependency (05/22/1987).

Keynote Speaker for Ludlow Parents Against Chemical Abuse in Adolescence Prevention Night. Topic: *Prevention of Chemical Abuse by Teenagers* (05/07/1986).

Breitner, L. and Moriarity, M., *Families of Cocaine Abusers.* Presented at MA Association of Substance Abuse Providers Conference on the Cocaine Phenomenon (03/01/985).

*A model for assessing the role of drugs in the life of an adolescent.* Fourth Annual Conference of MA Association of Substance Abuse Providers (06/01983).

*Integrating strategic/systemic family therapy into a medically oriented setting.* Third Annual Participants Conference in Structural and Strategic Family Therapy, University of Massachusetts, Amherst (05/1983).

*Family therapy for drug-abusing adolescents,* Holyoke Hospital workshop on Adolescent Drug Abuse (10/1978).

The Holyoke Hospital Adolescent Clinic, S. Hadley High School, In-Service Program (04/1978).

Page 4 of 5

## LEWIS BREITNER, Ph.D

Breitner, L. Clinical Supervision: *Some tasks for the beginner,* in Jarmon, H. et al, *Issues in learning and practicing clinical supervision.* Symposium presented at the Convention of the American Psychological Association, Washington, D.C. (09/1976).

Breitner, L. *The behavior of adolescent in-patients: Problem or Opportunity?* J. Child and Adolescent Center, Mendota M.H. Institute, (02/01/1974.

Golann, S. et al. Workshop on field-study courses in psychology, Convention of the Eastern Psychological Association, Washington, D.C., 1974.

Epstein S., Breitner, L. and Hoobler, R. *The influence of hope vs. resignation on anticipatory arousal and reaction to an unavoidable noxious stimulus.* Paper presented at the Convention of the Psycho-physiological Society, New Orleans, 1970.

### RESEARCH EXPERIENCE

Research Assistant to Stuart Golann, Ph.D., Psychology Dept., University of Massachusetts. *Study of the effects of student companions on hospitalized mental patients* (09/1971- 06/1972).

Research Assistant to S. Epstein, Ph.D., Psychology Dept., University of Massachusetts. *Studies of the relationship between uncertainty and physiological indices of anxiety* (09/1969 - 08/1971).

### References Available on Request