```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually        )
and as Next Friend of A.R.,    )
                               )
              Plaintiff,       )
                               )
     v.                        )    No.  04cv30116-MAP
                               )
UNITED STATES OF AMERICA,      )
                               )
              Defendant.       )
```

**MOTION TO EXTEND TIME**
**(Assented to)**

The defendant, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend the deadline for defendant's expert disclosure from June 4, 2007, to June 18, 2007. As grounds for this motion, the defendant states its expert needs additional time to prepare his report. In addition, currently pending before the court is the defendant's motion for a Rule 35 examination.

In the event the court denies the Rule 35 motion, the defendant would disclose its expert report by June 18, 2007. In the event the court allows the Rule 35 examination, the defendant previously requested that the deadline for its expert disclosure be extended until two weeks following the examination.

In accordance with Local Rule 7.1, the undersigned certifies that she conferred with the plaintiff's counsel concerning this motion to extend the deadline for expert

disclosure by two weeks and plaintiff's counsel assents to the motion. The parties previously conferred and could not reach agreement with respect to the Rule 35 motion.

WHEREFORE, the defendant respectfully requests that this motion be granted.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/Karen L. Goodwin
                       By:    _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              U. S. Attorney's Office
                              1550 Main Street
                              Springfield,  MA 01103
Dated: 5/30/07                413-785-0235
```

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                              /s/Karen L. Goodwin
                              Karen Goodwin
```

5/30/07

2