UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DOE (a pseudonym), Individually, and as Next Friend of A.R., a minor,<br><br>          Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant | No. 04 cv 30116-KPN |

PLAINTIFF'S MOTION TO CONTINUE PRETRIAL CONFERENCE
(ASSENTED TO)

Now comes the plaintiff in the above-entitled matter and hereby requests this Honorable Court to continue the pretrial conference from October 11, 2007 to October 29, 2007. In support thereof, the plaintiff says as follows:

1. The plaintiff's counsel will be out of state on October 11, 2007.

2. The defendant has assented to the motion.

For these reasons, the plaintiff requests that the motion be granted.

                              Respectfully submitted,
                              The plaintiff,
                              By her attorney,

Dated: September 18, 2007

                              /s/ Thomas Lesser
                              Thomas Lesser, Esq., BBO No. 295000
                              Lesser, Newman, Souweine & Nasser
                              39 Main Street
                              Northampton, MA 01060
                              413-584-7331

1

                                         Assented,

Dated:   September 18, 2007

                                       /s/ Karen Goodwin
                                       Karen Goodwin, Esq.
                                       Assistant United States Attorney
                                       Federal Building and Courthouse
                                       1550 Main Street
                                       Springfield, MA 01103

## CERTIFICATE OF SERVICE

    I, Thomas Lesser, hereby certify that on this eighteenth day of September, 2007, I served a copy of the above upon the parties to counsel of record, registered ECF participant Karen Goodwin, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103.

                                                    /s/ Thomas Lesser
                                                    Thomas Lesser

Nieves\Motion to Continue PTC
9/18/07