UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SARAH DOE (a pseudonym), Individually, and as Next Friend of A.R., a minor,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | No. 04 cv 30116 |

### AMENDED WITNESS LIST

Now comes the plaintiff in the above-entitled matter and adds the following witness to the previous list of witnesses set forth in the pretrial memorandum.

 1. Dr. Claudia Molina.

            Respectfully submitted,
            The plaintiff,
            By her attorney,

Dated: March 14, 2008

            /s/ Thomas Lesser
            Thomas Lesser, Esq., BBO No. 295000
            Lesser, Newman, Souweine & Nasser
            39 Main Street
            Northampton, MA 01060
            413-584-7331

CERTIFICATE OF SERVICE

    I, Thomas Lesser, hereby certify that on this fourteenth day of March, 2008, I served a copy of the above upon the parties to counsel of record, registered ECF participant Karen Goodwin, Esq., Assistant United States Attorney, Federal Building and Courthouse, 1550 Main Street, Springfield, MA 01103.

/s/ Thomas Lesser
Thomas Lesser

Nieves\Amended Witness List
3/14/08