UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH DOE, Individually and as Next Friend of A.R.,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No.  04cv30116-MAP<br>)<br>)<br>)<br>) |

**MOTION FOR COURT ORDER**

The defendant, the United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves for a court order authorizing and compelling the testimony of Cynthia Alston concerning all aspects of her treatment of the plaintiff Sarah Doe's son, including, but not limited to, issues relating to the mother's HIV status.

As grounds for this motion, the government states as follows:

1. Ms. Alston treated Ms. Doe's son at the River Valley Counseling Center. She has since moved her employment to the Mt. Tom Mental Health Center.

2. Ms. Alston informed the government today that her supervisors told her that subpoena was not sufficient to allow her to testify with respect to her treatment of Ms. Doe's son, and in particular, the issues surrounding his mother's HIV status, and that she could not testify without a court order.

3.   While the government believes that a subpoena is sufficient to require her testimony, it is seeking this order to avoid unnecessary litigation over the issue.

4.   Ms. Doe's HIV status and its impact on her son are the central issues in this case.  The plaintiffs have authorized the release of their treatment records and have introduced testimonial evidence concerning the same.

WHEREFORE, the government respectfully requests that the court issue an order authorizing and compelling Ms. Alston's testimony.  A form order is attached.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                                       /s/Karen L. Goodwin
                    By:   _____
                            Karen L. Goodwin
                            Assistant U.S. Attorney
                            U. S. Attorney's Office
                            1550 Main Street
                            Springfield,  MA 01103
Dated: 4/1/08              413-785-0235

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                       /s/Karen L. Goodwin
                                       Karen Goodwin
4/1/08