```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

SARAH DOE, Individually       )
and as Next Friend of A.R.,   )
                              )
          Plaintiff,          )
                              )
     v.                       )    No.  04cv30116-MAP
                              )
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
```

**ORDER**

This matter is before the Court on the Motion of the United States for a court order authorizing and compelling the testimony of Cynthia Alston concerning all aspects of her treatment of the plaintiff Sarah Doe's son, including, but not limited to, issues relating to his mother's HIV status. Upon consideration of the motion, it is hereby ordered that Cynthia Alston is authorized and compelled to testify in the trial of the above-captioned matter concerning all aspects of her treatment of the plaintiff Sarah Doe's son, including, but not limited to, issues relating to Sarah Doe's HIV status.

So ordered, this __ day of April, 2008.

_____
Michael A. Ponsor
United States District Judge