AO450 (Rev. 5/85) Judgement in a Civil Case

# UNITED STATES DISTRICT COURT

 DISTRICT OF  MASSACHUSETTS

**SARAH DOE, Individually**
and as next friend of A.R. ,a minor

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   04-30116-MAP

UNITED STATES OF AMERICA

**Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT**

Judgment issued for plaintiff Sarah Doe and damages awarded in the amount of $10,000.00;   Judgment entered for plaintiff A.R., and damages awarded in the amount of $30,000.00

| April 7, 2008 | SARAH A. THORNTON |
|---|---|
| Date | Clerk |