


**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015

SARAH A. THORNTON                                                        JOHN C. STUCKENBRUCK
CLERK                                                                    DIVISION MANAGER

April 11, 2008

Thomas Lesser, Esq
Lesser, Newman....
39 Main Street
Northampton, MA    01060

Re:  Sarah Doe   v.   United States   CA 04-30116

Dear Attorney Lesser:

    Please find enclosed the exhibits entered in the trial recently held.  It is the policy of this court that all exhibits be returned to counsel.

    Very truly yours,

    /s/Elizabeth A. French

    Elizabeth A. French
    Deputy Clerk

Certified mail:   7006 0100 0003 8040 2663